**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-10-0000095**
**16-OCT-2012**
**08:29 AM**

CAAP-10-0000095

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


CFI, INC., a Hawaii Corporation, Plaintiff-Appellant,
v.
TEX INC., a Hawaii Corporation, ALA KAI REALTY, INC.,
a Hawaii Corporation, ERNEST B. TEXEIRA, HAMAKUA
COAST REALTY, INC., a Hawaii Corporation, DENIS FERRARI,
JOHN DOES 1-10, JOHN DOE PARTNERSHIPS 1-10, JOHN
DOE CORPORATIONS 1-10, and JOHN DOE GOVERNMENTAL
ENTITIES 1-10, Defendants-Appellees,
and
ALA KAI REALTY, INC. and ERNEST B. TEXEIRA,
Third-Party Plaintiffs-Appellees,
v.
DONALD J. COOK, DANIEL J. FERRARI, FIRST ASSEMBLY OF
KING'S CATHEDRAL AND CHAPELS, fka/aka FIRST ASSEMBLY
OF GOD-KAHULUI MAUI, JOHN DOES 1-10, JANE DOES 1-10,
DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT
VENTURES 1-10, and DOE GOVERNMENTAL ENTITIES 1-10, INCLUSIVE,
Third-Party Defendants-Appellees.


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 06-1-0380)


ORDER APPROVING STIPULATION DISMISSING APPEAL
(By: Nakamura, Chief Judge, and Leonard and Ginoza, JJ.)

Upon consideration of the "Stipulation Dismissing Appeal" filed on October 3, 2012, and the records and files herein, it appears that the parties to this appeal have settled their differences in the underlying case and agree to dismiss this appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation Dismissing Appeal is approved, and this appeal is dismissed. The parties shall bear their own appellate fees and costs.

DATED: Honolulu, Hawaiʻi, October 16, 2012.

Chief Judge

Associate Judge

Associate Judge